**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME  LITIGATION

This document relates to: 1:18-cv-10028 (LAK);
1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK);
1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK);
1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK);
1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK);
1:18-cv-10061 (LAK); 1:18-cv-10062 (LAK);
1:18-cv-10063 (LAK); 1:18-cv-10064 (LAK);
1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK);
1:18-cv-10069 (LAK); 1:18-cv-10070 (LAK);
1:18-cv-10071 (LAK); 1:18-cv-10073 (LAK);
1:18-cv-10074 (LAK); 1:18-cv-10076 (LAK);
1:18-cv-10077 (LAK); 1:18-cv-10080 (LAK);
1:18-cv-10082 (LAK); 1:18-cv-10083 (LAK);
1:18-cv-10086 (LAK); 1:18-cv-10096 (LAK).

18-MD-2865 (LAK)

ECF Case

**<u>PROOF OF SERVICE</u>**

I hereby certify that on the 8th day of January, 2021, the Notice of Motion to Withdraw as

Counsel, the Memorandum of Law in Support of Motion to Withdraw as Counsel, and the

Declaration of Mark D. Allison, Esquire, filed through the ECF system, were electronically sent

to the registered participants as identified on the Notice of Electronic Filing.

Further, on the 8th day of January, 2021, copies of the documents were also served via

electronic mail and Federal Express, Standard Overnight on Defendants Matthew Tucci,

FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree

Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The

Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret

1

Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension

Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken

Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K

Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple

Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Associates LLC 401K

Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors

LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K

Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401K Plan at:

Matthew Tucci and Associated Pension Plans

██████████

Palm Beach Gardens, FL 33410
tuccim1@gmail.com

The Federal Express mailing label is attached as Exhibit "A."

January 8, 2021

                                CAPLIN & DRYSDALE, CHARTERED


                                s/ Mark D. Allison
                                By: Mark D. Allison

                                Mark D. Allison
                                600 Lexington Avenue, 21st Floor
                                New York, New York 10022
                                (212) 379-6000
                                mallison@capdale.com



ORIGIN ID:JRBA    (212) 379-6000
CAPLIN & DRYSDALE, CHARTERED
600 LEXINGTON AVENUE
21ST FLOOR
NEW YORK CITY, NY 10022
UNITED STATES US

TO MATTHEW TUCCI
AND ASSOCIATED PENSION PLANS

(212) 253-8493
INV
PO
REF 9013
DEPT

PALM BEACH GARDENS FL 33410

BILL SENDER

SHIP DATE: 08JAN21
ACTWGT: 1.00 LB
CAD: 5798439/INET4280

TRK# 0201

XH PBIA

7725 7722 5594

MON - 11 JAN 10:30A
PRIORITY OVERNIGHT

33410
FL-US    PBI

FedEx
Express

J20202007140Iurr

56BJ1/1136/B766

**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



Exhibit A